UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKY CORNELL, individually, and in her capacity, and as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUNDGARDEN, a purported Washington General Partnership, et al.,<br><br>Defendants. | CASE NO. C21-192RSL<br><br>ORDER OF REFERENCE<br>Supervision of All Pretrial Proceedings in Civil Case |

The Court hereby refers all pretrial proceedings in this case to United States Magistrate Judge Michelle L. Peterson, pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3 and 4. The Magistrate Judge shall:

(a) consider and take appropriate action upon any and all motions currently pending, and any other motions filed prior to trial;

(b) supervise the completion of discovery;

(c) supervise the preparation of a pretrial order; and

(d) consider and act upon such other matters as might arise in the pretrial phases of this case.

Review of actions by the Magistrate Judge shall be in accordance with the provisions of 28 U.S.C. §636(b)(1), Fed. R. Civ. P. 72, and Local Rules MJR 3 and 4.

ORDER OF REFERENCE

1 DATED this 22nd day of February, 2021.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE