THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br><br>Plaintiffs,<br><br>v.<br><br>SOUNDGARDEN, a purported Washington General Partnership; KIM A. THAYIL; MATT D. CAMERON; HUNTER BENEDICT SHEPHERD; SOUNDGARDEN RECORDINGS, LLC, a Delaware limited liability company; STAGE MUTHA FAKIR, INC., a Washington corporation, and SG PRODUCTIONS, INC., a Washington corporation, LOUD LOVE MUSIC, an entity of unknown origin,<br><br>Defendants. | No. 2:21-cv-00192-RSL<br><br>**STIPULATED MOTION AND ORDER GRANTING MOTION TO SEAL DOCKET NOS. 1-2, 3-2, 3-3, and 3-4** |

The Parties in the above-captioned case respectfully request that Docket Nos. 1-2, 3-2, 3-3, and 3-4 remain under seal. Docket Nos. 1-2, 3-2, 3-3, and 3-4 were filed on the public docket and include personal information of several Defendants. To preserve the confidentiality of this information, the Parties respectfully request that the Court maintain Docket Nos. 1-2, 3-2, 3-3, and 3-4 under seal.

STIPULATED MOTION TO SEAL
DOCKET NOS. 1.2, 3-2, 3-3, AND 3-4  – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1   This Court seals documents upon a showing of "good cause"—applying a less demanding
2   standard to documents that are "tangentially related to the merits of a case." *Olympic Air, Inc. v.*
3   *Helicopter Tech. Co.*, No. C17-1257-RSL, 2020 WL 6381810, at *5 (W.D. Wash. Oct. 30, 2020)
4   (quoting *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1098-1101 (9th Cir. 2016)); *see*
5   W.D. Wash. Local Civ. R. 5(g)(2).  Under Rule 26, there is good cause where sealing a document
6   is necessary "to protect a party or person from annoyance, embarrassment, oppression, or undue
7   burden or expense." Fed. R. Civ. P. 26(c)(1).

8   Here, there is good cause to maintain the documents at issue under seal, which were
9   originally filed unsealed and unredacted, and subsequently sealed by the Court.  These documents
10  are merely summonses, are unrelated to the merits of the case, and contain unredacted personal
11  identifying information about several Defendants, the disclosure of which serves no public interest
12  and would likely result in an invasion of privacy. *See, e.g.*, *Wagafe v. Trump*, No. C17-94-RAJ,
13  2019 WL 4673334, at *2 (W.D. Wash. May 28, 2019) (finding good cause to seal where
14  documents "contain[ing] sensitive personal informational . . . the public release of which could
15  cause harm"); *Miller v. Boys & Girls Clubs of Snohomish Cty.*, No. C15-2027-JCC, 2017 WL
16  897811, at *10 (W.D. Wash. Mar. 7, 2017) (granting stipulated motion to seal where the
17  documents at issue "contain[ed] private medical and personal information about Plaintiff"); *Troy*
18  *v. Kehe Food Distribs., Inc.*, No. C09-0785-JLR, 2010 WL 11566229, at *1 (W.D. Wash. Sept.
19  23, 2010) (granting motion to seal exhibits that "contain[ed] personal information about potential
20  class members").  That the Defendants are public figures only heightens the privacy concerns and
21  risk of harm.

22  For the foregoing reasons, the Parties respectfully request that this Court grant this
23  stipulated motion to maintain Docket Nos. 1-2, 3-2, 3-3, and 3-4 under seal.

STIPULATED MOTION TO SEAL
DOCKET NOS. 1.2, 3-2, 3-3, AND 3-4       – 2 –

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  **IT IS SO ORDERED:**

2     DATED this 25th day of February, 2021.

3

4

5                                                                          */s/ MJ Peterson*

6                                MICHELLE L. PETERSON
                              United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO SEAL
DOCKET NOS. 1.2, 3-2, 3-3, AND 3-4    – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

| | |
|---|---|
| By: *s/ William C. Rava*<br>William C. Rava #29948<br>Alison R. Caditz #51530<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone: 206.359.8000<br>Email: WRava@perkinscoie.com<br>Email: ACaditz@perkinscoie.com<br><br>Martin D. Singer *(pro hac vice to be submitted)*<br>David Binder Jonelis *(pro hac vice to be submitted)*<br>**Lavely & Singer**<br>2049 Century Park East, Suite 2400<br>Los Angeles, CA  90067<br>Telephone: 310.556.3501<br>Email: djonelis@lavelysinger.com<br>Email: mdsinger@lavelysinger.com<br><br>James George Sammataro *(pro hac vice to be submitted)*<br>**Pryor Cashman LLP**<br>201 South Biscayne Blvd., Suite 2700<br>Miami, FL  33131<br>Telephone: 786.582.3010<br>Email: jsammataro@pryorcashman.com<br><br>*Attorneys for Plaintiffs* | By: *s/ Paul H. Beattie*<br>Paul H. Beattie, WSBA # 30277<br>**Gravis Law**<br>7920 SE Stellar Way<br>Snoqualmie, WA 98065<br>Telephone: 206.696.9095<br>Email: pbeattie@gravislaw.com<br><br>Gabriel G. Gregg *(pro hac vice to be submitted)*<br>Matthew H. Poppe *(pro hac vice to be submitted)*<br>**Rimon PC**<br>800 Oak Grove Ave, Suite 250<br>Menlo Park, CA 94025<br>Telephone: 408.669.5354<br>Email: gabriel.gregg@rimonlaw.com<br>Email: Matthew.Poppe@rimonlaw.com<br><br>*Attorneys for Defendants* |

STIPULATED MOTION TO SEAL
DOCKET NOS. 1.2, 3-2, 3-3, AND 3-4  – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that this on the date mentioned below, a copy of the foregoing document was filed electronically.  I understand that notice of this filing was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

DATED:  February 23, 2021.

_____
Jackie Slavik

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000