THE HONORABLE ROBERT S. LASNIK
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell,<br><br>Plaintiffs,<br><br>v.<br><br>SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, SOUNDGARDEN RECORDINGS, LLC, a Delaware limited liability company, STAGE MUTHA FAKIR, INC., a Washington corporation, and SG PRODUCTIONS, INC., a Washington corporation, LOUD LOVE MUSIC, an entity of unknown origin,<br><br>Defendants. | Case No. 2:21-cv-00192−RSL-MLP<br><br>**NOTICE OF FILING OF THE SOUNDGARDEN PARTIES' MOTION TO CONSOLIDATE ACTIONS PURSUANT TO F.R.C.P. 42(a) AND LOCAL RULE 42(a)**<br><br>**NOTED ON MOTION CALENDAR:**<br>**April 9, 2021**<br><br>Existing Action:<br>Case No. 2:20-cv-01218−RSL−MLP |

NOTICE OF FILING OF MOTION TO CONSOLIDATE (No. 2:21-cv-00192−RSL-MLP) –1

Pursuant to Local Rule 42(b), Defendants Soundgarden, a Washington general partnership, Kim A. Thayil, Matt D. Cameron, Hunter Benedict Shepherd, Soundgarden Recordings, LLC, a Delaware limited liability company, Stage Mutha Fakir, Inc., a Washington corporation, SG Productions, Inc., a Washington corporation, and Loud Love Music, a dba of Soundgarden (collectively "Defendants") hereby provide notice of the filing of a Motion to Consolidate Actions Pursuant to F.R.C.P 42(a) and Local Rule 42(A) ("Motion"), in the action *Vicky Cornell v. Soundgarden et al*, Case No. 2:20-cv-01218-RSL-MLP ("Existing Action"). The Motion seeks to consolidate for pre-trial discovery only this action with the Existing Action.

Date: March 25, 2021

Respectfully submitted,

By: *s/ Paul H. Beattie*
Paul H. Beattie, WSBA # 30277
**Gravis Law**
7920 SE Stellar Way
Snoqualmie, WA  98065
Telephone:  206.696.9095
Email: pbeattie@gravislaw.com

Gabriel G. Gregg *(pro hac vice to be submitted)*
**Rimon PC**
800 Oak Grove Ave, Suite 250
Menlo Park, CA  94025
Telephone:  408.669.5354
Email: gabriel.gregg@rimonlaw.com
Email: Matthew.Poppe@rimonlaw.com

*Attorneys for SOUNDGARDEN, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, SOUNDGARDEN RECORDINGS, LLC, STAGE MUTHA FAKIR, INC., SG PRODUCTIONS, INC., and LOUD LOVE MUSIC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

Date: March 25, 2021

By: *s/ Gabriel G. Gregg*
Gabriel G. Gregg, Pro Hac Vice Admitted