UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKY CORNELL, individually, and in her capacity as the Personal Representative of the Estate of Christopher John Cornell a/k/a Chris Cornell , <br><br> Plaintiffs, <br><br> v. <br><br> SOUNDGARDEN, a purported Washington General Partnership, KIM A. THAYIL, MATT D. CAMERON, HUNTER BENEDICT SHEPHERD, SOUNDGARDEN RECORDINGS, LLC, a Delaware limited liability company, STAGE MUTHA FAKIR, INC., a Washington corporation, and SG PRODUCTIONS, INC., a Washington corporation, LOUD LOVE MUSIC, an entity of unknown origin, <br><br> Defendants. | No. 2:21-cv-00192-RSL-MLP <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## **STIPULATION**

COME NOW All Parties, by and through their respective attorneys of record, and hereby stipulate to the dismissal of all claims between and among them in the above-titled action with prejudice and without costs or attorneys' fees awarded to any party.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 1
No. 2:21-cv-00192-RSL-MLP

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

STIPULATED to this 2nd day of April, 2024.

*s/ David Binder Jonelis*
William C. Rava, WSBA No. 29948
Alison R. Caditz, WSBA No. 51530
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Email: WRava@perkinscoie.com
Email: ACaditz@perkinscoie.com

David Binder Jonelis
Martin D Singer
**LAVELY & SINGER**
2049 Century Park East, Suite 2400
Los Angeles, CA  90067
Telephone:  310.556.3501
Email: djonelis@lavelysinger.com
Email: mdsinger@lavelysinger.com

James George Sammataro
Brandon S. Everman
**PRYOR CASHMAN LLP**
201 South Biscayne Blvd., Suite 2700
Miami, FL  33131
Telephone: 786.582.3010
Email: jsammataro@pryorcashman.com
Email: beverman@pryorcashman.com

*Attorneys for Plaintiffs*

*s/ Eric A. Lindberg*
Gabriel G. Gregg
Claire Mitchell
**RIMON PC**
800 Oak Grove Ave, Suite 250
Menlo Park, CA  94025
Telephone:  408.669.5354
Email: gabriel.gregg@rimonlaw.com
Email: claire.mitchell@rimonlaw.com

Michael A. Moore, WSBA No. 27047
Eric A. Lindberg, WSBA No. 43596
**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154
Telephone:  206.625.8600
Email:  mmoore@corrcronin.com
Email:  elindberg@corrcronin.com

*Attorneys for the Soundgarden Parties*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 2
No. 2:21-cv-00192-RSL-MLP

**Corr Cronin llp**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

This matter comes before the Court on the stipulation of All Parties, and based on the above stipulation now, therefore, it is hereby ORDERED that all claims between and among the parties are hereby dismissed, with prejudice and without costs or attorneys' fees awarded to any party.

DATED this 3rd day of April, 2024.

_____
HONORABLE ROBERT S. LASNIK
United States District Judge

Presented by:

| | |
|---|---|
| *s/ David Binder Jonelis* | *s/ Eric A. Lindberg* |
| William C. Rava, WSBA No. 29948 | Gabriel G. Gregg |
| Alison R. Caditz, WSBA No. 51530 | Claire Mitchell |
| **PERKINS COIE LLP** | **RIMON PC** |
| 1201 Third Avenue, Suite 4900 | 800 Oak Grove Ave, Suite 250 |
| Seattle, WA 98101-3099 | Menlo Park, CA 94025 |
| Telephone: 206.359.8000 | Telephone: 408.669.5354 |
| Email: WRava@perkinscoie.com | Email: gabriel.gregg@rimonlaw.com |
| Email: ACaditz@perkinscoie.com | Email: claire.mitchell@rimonlaw.com |
| | |
| David Binder Jonelis | Michael A. Moore, WSBA No. 27047 |
| Martin D Singer | Eric A. Lindberg, WSBA No. 43596 |
| **LAVELY & SINGER** | **CORR CRONIN LLP** |
| 2049 Century Park East, Suite 2400 | 1001 Fourth Avenue, Suite 3900 |
| Los Angeles, CA 90067 | Seattle, WA 98154 |
| Telephone: 310.556.3501 | Telephone: 206.625.8600 |
| Email: djonelis@lavelysinger.com | Email: mmoore@corrcronin.com |
| Email: mdsinger@lavelysinger.com | Email: elindberg@corrcronin.com |
| | |
| James George Sammataro | *Attorneys for the Soundgarden Parties* |
| Brandon S. Everman | |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 3
No. 2:21-cv-00192-RSL-MLP

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900